Appeal Number: 12-13-00350-CR
Trial Number: 007-0901-13

ACCEPTED
12-13-00350-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/11/2015 2:47:02 PM
CATHY LUSK
CLERK

State of Texas

v.

Davon Oneyl Graves

In the 13th District Court of Criminal Appeals of the State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/11/2015 2:47:02 PM
CATHY S. LUSK

To the Honorable Judges of the Court of Criminal Appeals:

Comes now Davon Oneyl Graves, applicant in the above-entitled and numbered cause, and respectfully moves this Court pursuant to Texas Rule of Appellate Procedure 72.1 to grant leave to file the accompanying late response.

Respectfully submitted,

Davon Oneyl Graves

Davon Oneyl Graves

Bradshaw State Jail

PO Box 9000

Henderson, Tx 75653

Certificate of Service

I, Davon Oneyl Graves, do hereby certify that a true and correct copy of the Applicant's Motion for Leave to File Late Response, has been forwarded by United States Mail, postage prepaid, first class, to the 12th Court of Criminal Appeals in Tyler, Texas, on this the 8th day of January, 2015.

_Davon Oneyl Graves_
Davon Oneyl Graves

TDCJ No: 1894833
Unit : Bradshaw State Jail
Texas Department of Criminal Justice
PO Box 9000
Henderson, Texas 75653